UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOANNA DOSWELL,

    Plaintiff,

v.                              Case No.: 5:23-cv-00288-MW-MJF

OUTLAW RENTALS, INC.; CLASSY
CYCLES, INC.; and COLLEEN SWAB,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR WRIT
OF EXECUTION**

    COMES NOW the plaintiff, Joanna Doswell (hereinafter "plaintiff"), by and through her undersigned counsel, and hereby moves this Court pursuant to Rule 69 of the Federal Rules of Civil Procedure for the entry of a Writ of Execution to enforce the Judgment entered in this cause against defendants Outlaw Rentals, Inc.; Classy Cycles, Inc.; and Colleen Swab, the grounds for which are as follows:

    1.    On March 21, 2024 a monetary Judgment was entered in favor of plaintiff and against all defendants, jointly and severally, in the overall amount of $34,364.82.  (ECF 20).

    2.     Pursuant to 28 U.S.C. §1961, Judgments entered that week by federal courts accrue post-judgment interest at the rate of 5.02%.

    3.    That Judgment (which was consented to) has not been appealed, and it

is now final.

4.	Since the entry of the Judgment on March 21, 2024 no defendant has presented <u>any</u> payment to plaintiff or her counsel or made any effort to satisfy the Judgment or arrange a plan for payment.  Moreover, the two corporate defendants are ongoing business concerns with operative bank accounts and many assets, and the individual defendant also has assets.

5.	Accordingly, plaintiff requests a Writ of Execution be issued so as to empower the applicable authorities to seize and sell defendants' assets in order to satisfy the Judgment entered in this cause, plus costs of enforcement.

WHEREFORE, plaintiff respectfully requests that this court issue a Writ of Execution to enforce the Judgment and empower the authorities to seize defendants' assets until that Judgment is satisfied in full, plus all costs of enforcement.

Respectfully submitted,

s/Bradley S. Odom
Bradley S. Odom, Esq.
Florida Bar Number:   932868
ODOM LAW GROUP, P.A.
1800 North "E" Street
Pensacola, Florida  32501
(850) 434-3527
email@odomlawgroup.net
Attorney for Plaintiff

[Remainder of Page Intentionally Blank]

CERTIFICATE OF COMPLIANCE WITH N.D.FLA.LOC.R. 7.1(F)

I HEREBY CERTIFY that this motion complies with the word count limitations of N.D.Fla.Loc.R. 7.1(F). Not including the caption, signature block, this certificate of compliance and the certificate of service, it has 243 words.

s/Bradley S. Odom

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kevin D. Johnson, Esq., and Olivia DeScala, Esq., Johnson Jackson, PLLC, 100 N. Tampa St., Suite 1800, Tampa, Florida 33602, via electronic transmission, on this 29th day of April, 2024.

s/Bradley S. Odom